**RECEIVED**

AUG 1 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

RONALD VALIER

VERSUS

TOWN OF BALDWIN, ET AL.

CIVIL ACTION NO. 6:17-CV-00528

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [rec. doc. 8] is **GRANTED** and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Lafayette, Louisiana, this _16_ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE